# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE: | NO. 19-12054 |
|---|---|
| ANDREW L. TURNER,<br>    Debtor. | APPLICATION TO EMPLOY<br>ATTORNEY FOR ESTATE |

COMES NOW the Trustee, and applies to this Court as follows:

1. JOHN S. PETERSON was appointed as the Trustee in this matter.

2. The Trustee wishes to employ the services of **THOMAS A. BUFORD III** of **BUSH KORNFELD LLP** to represent the trustee for the estate as attorney for the estate. **THOMAS A. BUFORD III** is to represent the estate for the purpose of investigating and recovering property of the estate including voidable transfers, assisting in the liquidation of scheduled assets, and such other matters as are necessary for the administration of the case. The Trustee has chosen this individual as Mr. Buford has extensive experience with similar matters, has provided quality legal services to the Trustee in the past for reasonable compensation, has an outstanding reputation, and is known by the Trustee to be an individual with high integrity.

3. THOMAS A. BUFORD III is to be paid his regular hourly fees and costs and subject to the notice and hearing requirements of the Court. No retainer has been paid or promised.

4. THOMAS A. BUFORD III has been provided a list of the debtors, firms, and

**Application to Employ**
**Page 1**

JOHN S. PETERSON
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)297-3194

Case 19-12054-CMA    Doc 8    Filed 06/28/19    Ent. 06/28/19 19:11:33    Pg. 1 of 2

creditors in this case.

5. The trustee is aware of no connections between THOMAS A. BUFORD III or BUSH KORNFELD LLP, and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above though Mr. Buford has been previously employed by the office of the United States Trustee as disclosed in Mr. Buford's declaration. No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. section 102(1) and FRBP 2002.

WHEREFORE, your Trustee prays that the Court approve his employment of THOMAS A. BUFORD III of BUSH KORNFELD LLP to perform the professional services required by him in connection with this case.

DATED this 28th day of June, 2019.

/s/ JOHN S. PETERSON
JOHN S. PETERSON
Trustee, WSBA #13985

**Application to Employ**
**Page 2**

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)297-3194