**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| IN RE:<br><br>ANDREW L. TURNER,<br>    Debtor. | NO. 19-12054<br>EX PARTE<br>ORDER AUTHORIZING<br>EMPLOYMENT OF ATTORNEY FOR<br>ESTATE |
|---|---|

THIS MATTER HAVING come on regularly before this Court, upon the application of the Trustee to employ THOMAS A. BUFORD III OF BUSH KORNFELD LLP as attorney for Trustee and good cause for such employment appearing, it is hereby

ORDERED that THOMAS A. BUFORD III and BUSH KORNFELD LLP may serve as attorney for the Trustee for the purpose of investigating and recovering property of the estate including voidable transfers, assisting in the liquidation of scheduled assets, and such other matters as are necessary for the administration of the case and is to be paid at the attorney's regular hourly rate subject to Bankruptcy Court approval and subject to Court approval following notice to creditors pursuant to LBR 2016-1 and hearing.

///END OF ORDER///

Presented by:
*/s/ JOHN S. PETERSON*
JOHN S. PETERSON
Trustee

Order
Page 1

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392