# WENOKUR RIORDAN PLLC

ALAN J. WENOKUR
(206) 682-6224
ALAN@WRLAWGROUP.COM

**600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101**
www.wrlawgroup.com

NATHAN RIORDAN
(206) 903-0401
NATE@WRLAWGROUP.COM

July 10, 2019

Hon. Christopher Alston
U.S. Bankruptcy Court
Via ECF only

    Re:    Andrew L. Turner, 19-12054
             Request to set hearing in Seattle

Dear Judge Alston:

I represent the Chapter 7 Debtor Andrew Turner in the referenced case. Mr. Turner is a resident of Bainbridge Island, and thus this is a "Port Orchard" case. Your next Port Orchard calendar is on August 21.

Mr. Turner is filing a motion for sanctions based upon a creditor's ongoing violation of the bankruptcy stay. Time is of the essence for this motion. Even if this matter could otherwise wait until August 21, I am leaving Seattle on August 20 for a two-week trip and cannot appear on the August 21 calendar.

The creditor is located in New York State, and does not yet have counsel in the bankruptcy case. The Trustee Mr. Peterson should not need to appear (and if he does, he has hired Seattle counsel in this case). No parties or their attorneys should be inconvenienced by a Seattle setting.

For these reasons, I am requesting permission to note the motion for sanctions for one of your regular Seattle Chapter 7 calendars. Thank you for your consideration.

Yours truly,

*/s/ Alan J. Wenokur*

Alan J. Wenokur