Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

July 11, 2019

**Via CM/ECF**

Alan Wenokur
Wenokur Riordan PLLC
600 Stewart Street, Suite 1300
Seattle, WA 98101

      Re:   *In re Turner*, Case No. 19-12054-CMA
            Request to Note Motion on a Seattle Motion Calendar

Dear Mr. Wenokur:

The Court received your letter filed on July 10, 2019 [Docket No. 11], requesting permission to note a Motion for Sanctions based upon a creditor's ongoing violation of the bankruptcy stay on the Court's Seattle motion calendar. Please be advised that Judge Alston has granted your request. The motion may be filed on the Court's regularly-scheduled Chapter 7 calendar in Seattle. The moving party and any party who has filed a response to the motion may appear in person or by phone. Any party wishing to appear by phone must use the bridge line provided by the Court in order to participate in the hearing. Below is the procedure for appearing by phone:

・Dial: 1−888−363−4749
・Enter Access Code: 8955076#
・Press the # sign
・Enter Security Code: 3564#
・Speak your name when prompted

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS-Sep 94, pp. 46-47. By your voluntary participation in the hearing by telephone, you certify that you are not recording the proceedings.

Please do not hesitate to contact chambers should you have any questions.

Sincerely,

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston