Honorable Judge Christopher M. Alston
Chapter 7
Location: Port Orchard/Bremerton
EX PARTE

Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

ANDREW L. TURNER,

                                    Debtor.

Case No.: 19-12054-CMA

**\*EX PARTE\***
**SECOND MOTION TO EXTEND
DEADLINE TO FILE CHALLENGES TO
DISCHARGE UNDER 11 U.S.C. §§523
AND 727 AS TO LAKELAND WEST
CAPITAL VIII, LLC ONLY**

COMES NOW, creditor Lakeland West Capital VIII, LLC ("Creditor"), and requests this Court enter an order extending the deadline for Creditor to challenge the dischargeability of any obligation owed to it under 11 U.S.C. §523 by Andrew L. Turner ("Debtor"), and to extend the deadline to object to Debtor's discharge generally under 11 U.S.C. §727. This relief has been agreed to by Debtor, as evidenced by the signature of his attorney on the attached proposed order. Creditor has examined Debtor through a 2004 exam, and Creditor needs additional time to determine what, if any, causes of action may exist under 11 U.S.C. §§523 and/or 727. Debtor has agreed to extend the deadline to bring actions under 11 U.S.C. §§523 and/or 727 until October 17, 2019. This extension is only granted to Creditor, and is not applicable to any other party.

DATED this October 3, 2019.

**SCHWEET LINDE & COULSON, PLLC**

**/s/Michael M. Sperry**
Michael M. Sperry, WSBA #43760
Attorneys for Creditor

MOTION TO EXTEND DEADLINE TO OBJECT TO
DICHARGE OF DEBTOR - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101